# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

In re                                                                  Case No. _____

**Jeffrey J. Huston**                                         ,

_____,                              Chapter **7**_____
                 *Debtor*

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 450,000.00 | | |
| B - Personal Property | YES | 3 | $ 24,489.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | | | $ 861,929.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | | | $ 1,091,965.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 8,271.12 |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ 8,709.24 |
| TOTAL | | 12 | $ 474,489.00 | $ 1,953,894.00 | |

In re  Jeffrey J. Huston,                                          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Primary Residence - Single Family Home<br><br>1531 N Mitchell Canyon Rd, Clayton, CA 94517 - 50% interest | Joint Tenancy with Right of Survivorship | J | $450,000.00 | $847,602.00 |
|  |  | Total ▶ | $450,000.00 |  |

(Report also on Summary of Schedules.)

In re  **Jeffrey J. Huston,**_____     Case No. _____
                             **Debtor**                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | C | $30.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account<br>First Republic Bank | C | $80.00 |
| | | checking & savings account<br>Travis FCU | C | $60.00 |
| | | checking & savings account<br>Travis FCU | C | $819.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | household goods, furnishings, appliances, entertainment equipment, computer equipment, etc | C | $10,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books, pictures, art work | C | $2,000.00 |
| 6. Wearing apparel. | | clothing | H | $2,000.00 |
| 7. Furs and jewelry. | | jewelry | H | $1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | golf clubs, camera equipment, exercise equipment | C | $500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

In re **Jeffrey J. Huston,**_____    Case No. _____
                                    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | stock - Industrial Commercial Concrete Construction, Inc. - C Corp - 50% | C | $0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

In re **Jeffrey J. Huston,**_____     Case No. _____
                                                    **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Outdoor RV 25 ft travel trailer | C | $8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_ continuation sheets attached          Total ▶
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

|  | $24,489.00 |
|---|---|

In re **Jeffrey J. Huston,**                                      Case No. _____
                   **Debtor**                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                          $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| single family residence | C.C.P. § 703.140(b)(1) | $25,075.00 | $450,000.00 |
| cash | C.C.P. § 703.140(b)(5) | $30.00 | $30.00 |
| checking account<br>First Republic Bank | C.C.P. § 703.140(b)(5) | $80.00 | $80.00 |
| checking & savings account<br>Travis FCU | C.C.P. § 703.140(b)(5) | $60.00 | $60.00 |
| checking & savings account<br>Travis FCU | C.C.P. § 703.140(b)(5) | $819.00 | $819.00 |
| household goods, furnishings, appliances, entertainment equipment, computer equipment, etc | C.C.P. § 703.140(b)(3) | $10,000.00 | $10,000.00 |
| books, pictures, art work | C.C.P. § 703.140(b)(3) | $2,000.00 | $2,000.00 |
| clothing | C.C.P. § 703.140(b)(3) | $2,000.00 | $2,000.00 |
| jewelry | C.C.P. § 703.140(b)(4) | $1,000.00 | $1,000.00 |
| golf clubs, camera equipment, exercise equipment | C.C.P. § 703.140(b)(3) | $500.00 | $500.00 |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**In re** Jeffrey J. Huston _____,  **Case No.** _____
           Debtor                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2397**<br>**Ally Financial**<br>**200 Renaissance Ctr**<br>**Detroit, MI 48243** | X | | **5/2011**<br>**Purchase-Money Security Interest**<br><br>**Outdoor RV 25 ft travel trailer**<br><br>VALUE $ **$8,000.00** | | | | **$12,345.00** | |
| ACCOUNT NO. **1964**<br>**Americas Servicing Co**<br>**PO Box 10328**<br>**Des Moines, IA 50306** | X | | **2005-04**<br>**First Mortgage**<br><br>**single family residence**<br><br>VALUE $ **$450,000.00** | | | | **$687,871.00** | |
| ACCOUNT NO. **1998**<br>**Wells Fargo Bank NV NA**<br>**PO Box 31557**<br>**Billings, MT 59107** | X | | **2005-07**<br>**Nonpossessory, Nonpurchase-Money Security Interest**<br><br>**single family residence**<br>VALUE $ **$450,000.00** | | | | **$161,713.00** | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal ► (Total of this page) | $ **861,929.00** $ **0.00** |
| | Total ► (Use only on last page) | $ **861,929.00** $ **0.00** |
| | | (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**In re** <u>Jeffrey J. Huston</u> ,                              **Case No.**_____
                                         Debtor                                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1**  continuation sheets attached

In re  **Jeffrey J. Huston**                          ,     Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units  Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** _____ <br> **CA Franchise Tax Board** <br> **BK G-11** <br> **PO Box 2952** <br> **Sacramento, CA** <br> **95812-2952** | | | **Notice Only** | | | | **$0.00** | **$0.00** | **$0.00** |
| **Account No.** _____ <br> **IRS** <br> **Centralized Insolvency Operations** <br> **PO Box 7346** <br> **Philadelphia, PA** <br> **19101-7346** | | | **Notice Only** | | | | **$0.00** | **$0.00** | **$0.00** |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals► (Totals of this page) | $ **0.00** | $ **0.00** | **$0.00** |
| Total► (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ **0.00** | | |
| Totals► (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **0.00** | $ **0.00** |

In re **Jeffrey J. Huston** _____ , Case No. _____
                        Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2713 <br><br> **Alamillo Rebar, Inc** <br> **325 W Channel Rd** <br> **Benecia, CA 94510** | X | | **Business Debt** | | | | **$426.00** |
| **ACCOUNT NO.** <br><br> **Allied Insurance** <br> **c/o Wine Country Insurance Services** <br> **1631 Lincoln Ave** <br> **Napa, CA 94558** | X | | **Business Debt** | | | | **$5,758.00** |
| **ACCOUNT NO.** 1073 <br><br> **American Express** <br> **PO Box 297871** <br> **Fort Lauderdale, FL 33329** | | | **1986-06** <br><br> **Credit Card Charges** | | | | **$4,532.00** |

Additional Contacts for American Express (1073):

**American Express**
**American Express**
**Special Research**
**PO Box 981540**
**El Paso, TX 79998**

|  |  |
|---|---|
| Subtotal► | $ **10,716.00** |

_**12**_ continuation sheets attached

| | |
|---|---|
| Total► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston** _____ ,      Case No. _____
             **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**AT&T**<br>**PO Box 5025**<br>**Carol Stream, IL 60197** | X | | **Business Debt** | | | | **$1,500.00** |
| ACCOUNT NO.    **6087** <br><br>**Bay Area Office Systems**<br>**124 Santa Cruz Ave**<br>**Daly City, CA 94014** | X | | **Business Debt** | | | | **$1,071.00** |
| ACCOUNT NO.    **5618** <br><br>**Bobcat West**<br>**47132 Kato Rd**<br>**Fremont, CA 94538** | X | | **Business Debt** | | | | **$241.00** |
| ACCOUNT NO.    **2571** <br><br>**CA Employment**<br>**Development Dept**<br>**PO Box 826880/MIC 4**<br>**Sacramento, CA 94280-0001** | X | | **Business Debt** | | | | **$32,000.00** |

Sheet no. __**1**__ of __**12**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal►   $    **34,812.00**

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston** _____ ,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **CA Franchise Tax Board** <br> **BK G-11** <br> **PO Box 2952** <br> **Sacramento, CA 95812-2952** | X | | **Business Debt** | | | | **$1,622.00** |
| **ACCOUNT NO.  1345** <br><br> **Cee Gee Parking Lot Striping, Inc** <br> **1287 Peggy Ave** <br> **Campbell, CA 95008** | X | | **Business Debt** | | | | **$1,000.00** |
| **ACCOUNT NO.** <br><br> **Cement Masons of Northern California** <br> **220 Campus Ln** <br> **Fairfield, CA 94534-1499** | X | | **Business Debt** | | | | **$82,668.00** |
| **ACCOUNT NO.** <br><br> **Cemex** <br> **5180 Golden Foothill Pkwy, # 200** <br> **El Dorado Hills, CA 95762** | X | | **Business Debt** | | | | **$10,248.00** |

Sheet no. __2__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **95,538.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston** _____ ,     Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1374 <br><br> **Concrete Wall Sawing Co, Inc** <br>**2501 Grant Ave** <br>**San Lorenzo, CA 94580-1809** | X | | **Business Debt** | | | | **$600.00** |
| Additional Contacts for Concrete Wall Sawing Co, Inc (1374): <br><br> **Concrete Wall Sawing Co, Inc** <br>**PO Box 2419** <br>**San Lorenzo, CA 94577** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Farmers Truck Insurance Exchange** <br>**c/o Wine Country Insurance Services** <br>**1631 Lincoln Ave** <br>**Napa, CA 94558** | X | | **Business Debt** | | | | **$6,367.00** |
| **ACCOUNT NO.** <br><br> **Fast Aggregate Protucts Co** <br>**120 SMaple Ave** <br>**South San Francisco, CA 94080** | X | | **Business Debt** | | | | **$15,946.00** |

Sheet no. **3** of **12** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **22,913.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston** _____ ,  Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **First Republic Bank** <br> **111 Pine St** <br> **San Francisco, CA 94111** | X | | **Business Debt** | | | | **$460,000.00** |
| **ACCOUNT NO.** 　　**3539** <br><br> **Granite Rock Co** <br> **1321 Lowrie Ave** <br> **South San Francisco, CA 94080-6403** | X | | **Business Debt** | | | | **$699.00** |
| **ACCOUNT NO.** <br><br> **Hawkes & Hastings Accountancy Corp** <br> **2700 Ygnacio Valley Rd** <br> **Walnut Creek, CA 94596** | X | | **Business Debt** | | | | **$15,250.00** |
| **ACCOUNT NO.** <br><br> **HCC Surety Group** <br> **601 S Figueroa St, # 1600** <br> **Los Angeles, CA 90017** | X | | **Business Debt** | | | | **$3,396.00** |

Sheet no.__**4**__ of __**12**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **479,345.00**

Total▶ $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Jeffrey J. Huston</u>                              ,          Case No. _____
               **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     66-0<br><br>**Hertz Equipment Rental**<br>**435 S Van Ness Ave**<br>**San Francisco, CA 94103** | X | | **Business Debt** | | | | **$2,231.00** |
| ACCOUNT NO.     6481<br><br>**Hilti, Inc**<br>**180 Pennsylvania Ave**<br>**San Francisco, CA 94107** | X | | **Business Debt** | | | | **$435.00** |
| ACCOUNT NO.<br><br>**Hughes Network Sysetms, LLC**<br>**PO Box 96874**<br>**Chciago, IL 60693** | X | | **Business Debt** | | | | **$1,600.00** |
| ACCOUNT NO.     2812<br><br>**Hyundai Motor Finance**<br>**10550 Talbert Av**<br>**Fountain Valley, CA 92708** | X | | **2013-02-28**<br>**AutoLease** | | | | **$2,832.00** |

Sheet no.__**5**__of__**12**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal►   $    **7,098.00**

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston**_____ ,     Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Hyundai Motor Finance (2812):**<br><br>**Hyundai Motor Finance**<br>**Attn: Bankruptcy**<br>**PO Box 20809**<br>**Fountain Valley, CA**<br>**92728** | | | | | | | |
| **ACCOUNT NO.　　6747**<br><br>**Interstate Concrete Pumping, Inc**<br>**11180 Allejo Ct**<br>**French Camp, CA 95231** | **X** | | **Business Debt** | | | | **$2,526.00** |
| **ACCOUNT NO.　　2571**<br><br>**IRS**<br>**PO Box 145566, Stop 8130 CSC**<br>**Cincinnatti, OH 45250-5566** | **X** | | **Business Debt** | | | | **$140,000.00** |
| **ACCOUNT NO.**<br><br>**Karen Boge**<br>**2454 Lyle Ct**<br>**San Leandro, CA 94578-1161** | **X** | | **Business Debt** | | | | **$20,000.00** |

Sheet no.__**6**__ of __**12**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $　　**162,526.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston** _____ ,          Case No. _____
_____**Debtor**_____                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **KIP** <br>**PO Box 550599** <br>**Jacksonville, FL 32255** | X | | **Business Debt** | | | | **$15,000.00** |
| **ACCOUNT NO.** <br><br> **Laborers Trust Funds for N California** <br>**220 Campus Ln** <br>**Fairfield, CA 94534-1499** | X | | **Business Debt** | | | | **$8,850.00** |
| **ACCOUNT NO.     7831** <br><br> **Martin M Ron Associates, Inc** <br>**859 harrison St** <br>**San Francisco, CA 94107** | X | | **Business Debt** | | | | **$1,710.00** |
| **ACCOUNT NO.** <br><br> **Muller Construction Suply, Inc** <br>**1230 Yard Ct** <br>**San Jose, CA 95133** | X | | **Business Debt** | | | | **$4,772.00** |

Sheet no. __7__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **30,332.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston** _____ ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Muller Construction Supply, Inc:**<br><br>**CCB**<br>**332 Minnesota St E 1260**<br>**St. Paul, MN 55101** | | | | | | | |
| ACCOUNT NO.      **-011**<br><br>**Nor-Cal Steel, Inc**<br>**325 W channel Rd**<br>**Benecia, CA 94510** | X | | **Business Debt** | | | | $3,385.00 |
| ACCOUNT NO.<br><br>**Northern California Carpenters Funds**<br>**265 Hegenberger Rd, # 100**<br>**Oakland, CA 94612-1409** | X | | **Business Debt** | | | | $22,715.00 |
| ACCOUNT NO.<br><br>**Operating Engineers Trust Funds**<br>**1640 S Loop Rd**<br>**Alameda, CA 94502** | X | | **Business Debt** | | | | $1,219.00 |

Sheet no.___**8**___of___**12**___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **27,319.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston** _____ ,     Case No. _____
           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**PG&E**<br>**Box 997300**<br>**Sacramento, CA 95899** | X | | **Business Debt** | | | | **$1,200.00** |
| **ACCOUNT NO.**   **0771**<br><br>**Pitney Bowes, Inc.**<br>**71 Park Lane**<br>**Brisbane, CA 94005** | X | | **Business Debt** | | | | **$1,900.00** |
| Additional Contacts for Pitney Bowes, Inc. (0771):<br><br>**Pitney Bowes, Inc**<br>**1 Elmcroft Rd**<br>**Stamford, CT 06926** | | | | | | | |
| **ACCOUNT NO.**<br><br>**Premier Access Insurance Co**<br>**8890 Cal Center Dr**<br>**Sacramento, CA 95826** | | | **Business Debt** | | | | **$697.00** |

Sheet no. __**9**__ of __**12**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►   $     **3,797.00**

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston** _____ ,     Case No. _____
               **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**PS Business Parks**<br>**41778 Christy St**<br>**Fremont, CA 94538** | X | | **Business Debt** | | | | **$155,448.00** |
| **ACCOUNT NO.**   **280G**<br><br>**R P Coatings, Inc**<br>**31185 Hayman St, Unit B**<br>**Hayward, CA 94544** | X | | **Business Debt** | | | | **$8,371.00** |
| **ACCOUNT NO.**   **5665**<br><br>**Recology Golden Gate Debris Box Service**<br>**900-50 &th St**<br>**San Francisco, CA 94107** | X | | **Business Debt** | | | | **$13,810.00** |
| **ACCOUNT NO.**<br><br>**Stephen Jackson**<br>**63 Wentworth Ct**<br>**American Canyon, CA 94503-4245** | X | | **Business Debt** | | | | **$21,738.00** |

Sheet no. **10** of **12** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $     **199,367.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston** _____ ,      Case No. _____
             **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6260 <br><br> **Testing Engineers, Inc** <br> **2811 Teagarden St** <br> **San Leandro, CA 94577** | X | | **Business Debt** | | | | **$3,172.00** |
| **ACCOUNT NO.** L882 <br><br> **Toyota Motor Credit** <br> **4000 Executive Pkwy** <br> **San Ramon, CA 94583** | X | | **2011-04** <br><br> **Auto Lease** | | | | **$6,543.00** |
| Additional Contacts for Toyota Motor Credit (L882): <br><br> **Toyota Motor Credit** <br> **Toyota Financial** <br> **Services, PO Box 8026** <br> **Cedar Rapids, IA 52408** | | | | | | | |
| **ACCOUNT NO.** <br><br> **US Bank** <br> **4663 Clayton Rd** <br> **Concord, CA 94521** | X | | **Business Debt** | | | | **$4,308.00** |

Sheet no. __11__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤   $ **14,023.00**

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston**_____,   Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Waste Management** <br> **2165 Davis St** <br> **San Leandro, CA 94577** | X | | **Business Debt** | | | | **$0.00** |
| **ACCOUNT NO.**    **0114** <br><br> **Wells Fargo** <br> **PO Box 14517** <br> **Des Moines, IA 50306** | X | | **1991-04** <br><br> **Credit Card Charges** | | | | **$74.00** |
| Additional Contacts for Wells Fargo (0114): <br><br> **Wells Fargo** <br> **Bankruptcy** <br> **1 Home Campus** <br> **X2303-01A** <br> **Des Moines, IA 50326** | | | | | | | |
| **ACCOUNT NO.** <br><br> **White Cap** <br> **200 Jennings St** <br> **San Francisco, CA 94124** | X | | **Business Debt** | | | | **$4,105.00** |

Sheet no. __**12**__ of __**12**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　Subtotal▶ | $ | **4,179.00**

Total▶ | $ | **1,091,965.00**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Jeffrey J. Huston,**                                    Case No. _____
                            **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Toyota Motor Credit<br>4000 Executive Pkwy<br>San Ramon, CA 94583 | Description: Auto Lease<br><br>Nature of Debtor's Interest: Lessee |
| Hyundai Motor Finance<br>10550 Talbert Av<br>Fountain Valley, CA 92708 | Description: Auto Lease<br><br>Nature of Debtor's Interest: Lessee |

In re  Jeffrey J. Huston, _____     Case No. _____
                                    **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Janine Huston<br>***Creditor secured codebtor state RMC*** | Americas Servicing Co<br>Account No.: 1964<br>PO Box 10328<br>Des Moines, IA 50306 |
| Janine Huston<br>***Creditor secured codebtor state RMC*** | Wells Fargo Bank NV NA<br>Account No.: 1998<br>PO Box 31557<br>Billings, MT 59107 |
| Janine Huston<br>***Creditor secured codebtor state RMC*** | Ally Financial<br>Account No.: 2397<br>200 Renaissance Ctr<br>Detroit, MI 48243 |
| Janine Huston<br>***Creditor unsecured codebtor state RMC*** | Hyundai Motor Finance<br>Account No.: 2812<br>10550 Talbert Av<br>Fountain Valley, CA 92708 |
| Janine Huston<br>***Creditor unsecured codebtor state RMC*** | Toyota Motor Credit<br>Account No.: L882<br>4000 Executive Pkwy<br>San Ramon, CA 94583 |
| Janine Huston<br>***Creditor unsecured codebtor state RMC*** | Wells Fargo<br>Account No.: 0114<br>PO Box 14517<br>Des Moines, IA 50306 |
| Industrial Commercial Concrete Construction, Inc<br>1531 N. Mitchell Canyon Rd.<br>Clayton, CA 94517 | Alamillo Rebar, Inc<br>Account No.: 2713<br>325 W Channel Rd<br>Benecia, CA 94510 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Bay Area Office Systems<br>Account No.: 6087<br>124 Santa Cruz Ave<br>Daly City, CA 94014 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Bobcat West<br>Account No.: 5618<br>47132 Kato Rd<br>Fremont, CA 94538 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Cee Gee Parking Lot Striping, Inc<br>Account No.: 1345<br>1287 Peggy Ave<br>Campbell, CA 95008 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Cement Masons of Northern California<br>220 Campus Ln<br>Fairfield, CA 94534-1499 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Concrete Wall Sawing Co, Inc<br>Account No.: 1374<br>2501 Grant Ave<br>San Lorenzo, CA 94580-1809 |

In re <u>Jeffrey J. Huston,</u>         Case No. _____
<b>Debtor</b>           <b>(if known)</b>

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Fast Aggregate Protucts Co<br>120 SMaple Ave<br>South San Francisco, CA 94080 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Granite Rock Co<br>Account No.: 3539<br>1321 Lowrie Ave<br>South San Francisco, CA 94080-6403 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Hawkes & Hastings Accountancy Corp<br>2700 Ygnacio Valley Rd<br>Walnut Creek, CA 94596 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Hertz Equipment Rental<br>Account No.: 66-0<br>435 S Van Ness Ave<br>San Francisco, CA 94103 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Hilti, Inc<br>Account No.: 6481<br>180 Pennsylvania Ave<br>San Francisco, CA 94107 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Interstate Concrete Pumping, Inc<br>Account No.: 6747<br>11180 Allejo Ct<br>French Camp, CA 95231 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Laborers Trust Funds for N California<br>220 Campus Ln<br>Fairfield, CA 94534-1499 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Martin M Ron Associates, Inc<br>Account No.: 7831<br>859 harrison St<br>San Francisco, CA 94107 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Nor-Cal Steel, Inc<br>Account No.: -011<br>325 W channel Rd<br>Benecia, CA 94510 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Northern California Carpenters Funds<br>265 Hegenberger Rd, # 100<br>Oakland, CA 94612-1409 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Operating Engineers Trust Funds<br>1640 S Loop Rd<br>Alameda, CA 94502 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | HCC Surety Group<br>601 S Figueroa St, # 1600<br>Los Angeles, CA 90017 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | PS Business Parks<br>41778 Christy St<br>Fremont, CA 94538 |

In re  Jeffrey J. Huston,                                                    Case No. _____
                                              **Debtor**                                                          **(if known)**

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Muller Construction Suply, Inc<br>1230 Yard Ct<br>San Jose, CA 95133 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | R P Coatings, Inc<br>Account No.: 280G<br>31185 Hayman St, Unit B<br>Hayward, CA 94544 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Recology Golden Gate Debris Box Service<br>Account No.: 5665<br>900-50 &th St<br>San Francisco, CA 94107 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Testing Engineers, Inc<br>Account No.: 6260<br>2811 Teagarden St<br>San Leandro, CA 94577 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | US Bank<br>4663 Clayton Rd<br>Concord, CA 94521 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | White Cap<br>200 Jennings St<br>San Francisco, CA 94124 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | CA Employment Development Dept<br>Account No.: 2571<br>PO Box 826880/MIC 4<br>Sacramento, CA 94280-0001 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | IRS<br>Account No.: 2571<br>PO Box 145566, Stop 8130 CSC<br>Cincinnatti, OH 45250-5566 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Pitney Bowes, Inc.<br>Account No.: 0771<br>71 Park Lane<br>Brisbane, CA 94005 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Waste Management<br>2165 Davis St<br>San Leandro, CA 94577 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | CA Franchise Tax Board<br>BK G-11<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Cemex<br>5180 Golden Foothill Pkwy, # 200<br>El Dorado Hills, CA 95762 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Farmers Truck Insurance Exchange<br>c/o Wine Country Insurance Services<br>1631 Lincoln Ave<br>Napa, CA 94558 |

In re  Jeffrey J. Huston,_____     Case No. _____
                              **Debtor**                                    **(if known)**

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Allied Insurance<br>c/o Wine Country Insurance Services<br>1631 Lincoln Ave<br>Napa, CA 94558 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | AT&T<br>PO Box 5025<br>Carol Stream, IL 60197 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Hughes Network Sysetms, LLC<br>PO Box 96874<br>Chciago, IL 60693 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | KIP<br>PO Box 550599<br>Jacksonville, FL 32255 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | PG&E<br>Box 997300<br>Sacramento, CA 95899 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Stephen Jackson<br>63 Wentworth Ct<br>American Canyon, CA 94503-4245 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | Karen Boge<br>2454 Lyle Ct<br>San Leandro, CA 94578-1161 |
| Industrial Commercial Concrete Construction, Inc<br>***Creditor unsecured codebtor state RMC*** | First Republic Bank<br>111 Pine St<br>San Francisco, CA 94111 |

**Fill in this information to identify your case:**

Debtor 1 **Jeffrey J. Huston**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for: **Northern District of California**

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

<u>Official Form B 6I</u>

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | Project Manager | |
| Employer's name | Superior Gunite | |
| Employer's address | 12306 Van Nuys Blvd.<br>Number   Street | Number   Street |
|  | Sylmar, CA 91342<br>City    State    ZIP Code | City    State    ZIP Code |
| How long employed there? | 2 months | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 11,166.70 | $ _____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ _____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 11,166.70 | $ 0.00 |

Case: 14-44951    Doc# 4    Filed: 12/20/14    Entered: 12/20/14 18:45:43    Page 28 of 52

| | For Debtor 1 | For Debtor 2 or non-filing spouse | |
|---|---|---|---|
| Copy line 4 here ..........................................................➔ 4. | $ **11,166.70** | $ **0.00** | |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | $ **3,284.58** | $_____ |
| 5b. | **Mandatory contributions for retirement plans** | $ **0.00** | $_____ |
| 5c. | **Voluntary contributions for retirement plans** | $ **0.00** | $_____ |
| 5d. | **Required repayments of retirement fund loans** | $ **0.00** | $_____ |
| 5e. | **Insurance** | $ **0.00** | $_____ |
| 5f. | **Domestic support obligations** | $ **0.00** | $_____ |
| 5g. | **Union dues** | $ **0.00** | $_____ |
| 5h. | **Other deductions.** Specify: _____ | + $ **0.00** | + $_____ |

**6.** **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.    $ **3,284.58**    $ **0.00**

**7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ **7,882.12**    $ **0.00**

**8.** List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | $_____ | $_____ |
| 8g. | **Pension or retirement income** | $ **389.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: _____ | + $ **0.00** | + $ **0.00** |

**9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ **389.00**    $ **0.00**

**10.** **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ **8,271.12**   +   $ **0.00**   =   $ **8,271.12**

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: **none** _____    11. + $ **0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ **8,271.12**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☒ Yes. Explain:    **I hope to find employment.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey J. Huston** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for: | **Northern District of California** | | |
| Case number (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☒ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Mother** | **92** | ☒ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☒ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ **2,071.00** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ **454.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ **120.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ **400.00** |
| 4d. Homeowner's association or condominium dues | 4d. | $ **0.00** |

Case: 14-44951    Doc# 4    Filed: 12/20/14    Entered: 12/20/14 18:45:43    Page 30 of 52

| | Your expenses |
|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5. $ 600.00

6. **Utilities:**

   6a.   Electricity, heat, natural gas    6a. $ 455.00

   6b.   Water, sewer, garbage collection    6b. $ 200.00

   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c. $ 145.00

   6d.   Other. Specify: _____    6d. $ 0.00

7. **Food and housekeeping supplies**    7. $ 450.00

8. **Childcare and children's education costs**    8. $ 0.00

9. **Clothing, laundry, and dry cleaning**    9. $ 100.00

10. **Personal care products and services**    10. $ 100.00

11. **Medical and dental expenses**    11. $ 20.00

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. $ 500.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ 100.00

14. **Charitable contributions and religious donations**    14. $ 125.00

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance    15a. $ 145.00

   15b.   Health insurance    15b. $ 0.00

   15c.   Vehicle insurance    15c. $ 195.00

   15d.   Other insurance. Specify: _____    15d. $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____    16. $ 0.00

17. **Installment or lease payments:**

   17a.   Car payments for Vehicle 1    17a. $ 546.15

   17b.   Car payments for Vehicle 2    17b. $ 133.09

   17c.   Other. Specify: _____    17c. $

   17d.   Other. Specify: _____    17d. $

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form B 6I).    18. $ 0.00

19. **Other payments you make to support others who do not live with you.** Specify: **Suport of mother.**    19. $ 1,850.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a.   Mortgages on other property    20a. $ 0.00

   20b.   Real estate taxes    20b. $ 0.00

   20c.   Property, homeowner's, or renter's insurance    20c. $ 0.00

   20d.   Maintenance, repair, and upkeep expenses    20d. $ 0.00

   20e.   Homeowner's association or condominium dues    20e. $ 0.00

21. **Other**. Specify: _____    21.    + $ __0.00__

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.    22.    $ **8,709.24**

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $ **8,271.12**

    23b.  Copy your monthly expenses from line 22 above.    23b.    – $ **8,709.24**

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.    23c.    $ **-438.12**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.

    ☐ Yes.    Explain here:

Case 14-44951    Doc# 4    Filed 12/20/14    Entered: 12/20/14 18:45:43    Page 32 of 52

# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

**OAKLAND DIVISION**

In re                                  Case No. _____

**Jeffrey J. Huston**_____,

                 *Debtor*                          Chapter **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $     **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $     **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $     **0.00** |
| Student Loan Obligations (from Schedule F) | $     **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $     **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $     **0.00** |
| TOTAL | $     **0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $     **8,271.12** |
| Average Expenses (from Schedule J, Line 22) | $     **8,709.24** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $     **814.48** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $     **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $     **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $     **0.00** |
| 4. Total from Schedule F | | $    **1,091,965.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    **1,091,965.00** |

In re  **Jeffrey J. Huston** _____ ,    Case No. _____
                      **Debtor**                                              **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 20, 2014** _____    Signature: **s/Jeffrey J. Huston** _____
                                                                    **Jeffrey J. Huston** Debtor

Date _____    Signature: _____
                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                        Social Security No.
of Bankruptcy Petition Preparer                                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
  Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
-----------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                              Signature: _____

                                          _____
                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-----------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In re: Jeffrey J. Huston _____     Case No _____
                     Debtor                                                   (if known)

## STATEMENT OF FINANCIAL AFFAIRS

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---------|--------|

Debtor:
       Current Year (2014):
       $7,731.00                         none

       Previous Year 1 (2013):
       $0.00                             none

       Previous Year 2 (2012):
       $0.00                             none

Joint Debtor:
       N/A

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---------|--------|

Debtor:
       Current Year (2014):
       $4,279.00                         Pension

       Previous Year 1 (2013):
       $4,668.00                         Pension

Previous Year 2 (2012):
$4,668.00                                    Pension


Joint Debtor:
        N/A

---

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
***IF
Bankruptc
y
payments
to
creditors tf
CO***

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

***IF (Bankruptcy nature of debts consumer TF OR Bankruptcy nature of debts also consumer TF) OR (Bankruptcy jdtr nature of debts consumer TF OR Bankruptcy jdtr nature of debts also consumer TF)***

None
☒

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☒

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Debtor: Kingdom of Jehova's Witnesses ***Gift dtr recipient address RTE*** California | None | $125 1st of each month | Cash Value: $1,500.00 |

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: Law Offices of R. Kenneth Bauer 500 Ygnacio Valley Rd, Ste 328 Walnut Creek, CA 94596 | 03/17/14 12/20/14 | $900.00 $900.00 cash |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Debtor: Paul John Pheby and Cha Jin Cho 425 First St, # 3301 San Francisco, CA 94105 Relationship to Debtor: none | 8/16/13 | condominium Value: |

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Debtor: Chase Bank ***Account closed dtr institution address RTE*** California | Type of Account: savings account Account Number: 2928 Final Balance: $0.00 | ***Account closed dtr sale amount RNU*** Aug 2014 |
| Chase Bank ***Account closed dtr institution address RTE*** California | Type of Account: checking Account Number: 8561 Final Balance: $15.69 | ***Account closed dtr sale amount RNU*** Dec 2014 |
| Wells Fargo Bank ***Account closed dtr institution address RTE*** California | Type of Account: savings Account Number: 5983 Final Balance: $0.00 | ***Account closed dtr sale amount RNU*** ***Account closed dtr closing date RTE*** |
| Wells Fargo Bank ***Account closed dtr institution address RTE*** California | Type of Account: checking Account Number: ***Account closed dtr number RTE*** Final Balance: $0.00 | ***Account closed dtr sale amount RNU*** ***Account closed dtr closing date RTE*** |

Wells Fargo Bank
***Account closed dtr institution address RTE***
California

Type of Account: savings account
Account Number: ***Account closed dtr number RTE***
Final Balance: $0.00

***Account closed dtr sale amount RNU***
***Account closed dtr closing date RTE***

---

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Debtor: Delphine Dehm 2 Rolen Ct Clayton, CA 94517 | checking account | Bank of America |

---

**15. Prior address of debtor**

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: Industrial Commercial Concrete, Inc | 7585/ 94-3282571 | 1431 Doolittle Dr San Leandro, CA 94577 | concrete construction | Beginning Date: 3/1997 Ending Date: 3/2014 |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☒

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

Debtor:

N/A

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                         DATES SERVICES RENDERED

Debtor:
N/A

None
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                 ADDRESS

Debtor:
N/A

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                 DATE ISSUED

Debtor:
N/A

---

**20. Inventories**

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |
| Debtor: N/A |  |  |

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |
| Debtor: N/A |  |

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

N/A

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

N/A

---

### 22. Former partners, officers, directors and shareholders

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

N/A

None ☒ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☒ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

N/A

---

### 24. Tax Consolidation Group.

None ☒ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### 25. Pension Funds.

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto that they are true and correct.

Date  December 20, 2014 _____     Signature
                                           of Debtor     s/Jeffrey J. Huston _____

                                           Signature of
                                           Joint Debtor
Date  _____     (if any)      _____

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In re   Jeffrey J. Huston _____     Case No. _____
               Debtor                                                                Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A –** Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> Americas Servicing Co | **Describe Property Securing Debt**: <br> single family residence |

Property will be *(check one)*:
      ☐ Surrendered          ☒ Retained

If retaining the property, I intend to *(check at least one)*:
      ☐ Redeem the property
      ☐ Reaffirm the debt
      ☒ Other.  Explain Continue Payments.

Property is *(check one)*:
      ☒ Claimed as exempt      ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** <br> Wells Fargo Bank NV NA | **Describe Property Securing Debt**: <br> single family residence |

Property will be *(check one)*:
      ☐ Surrendered          ☒ Retained

If retaining the property, I intend to *(check at least one)*:
      ☐ Redeem the property
      ☐ Reaffirm the debt
      ☒ Other.  Explain Continue Payments.

Property is *(check one)*:
      ☒ Claimed as exempt      ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:** Ally Financial | **Describe Property Securing Debt**: Outdoor RV 25 ft travel trailer |

Property will be *(check one)*:
    ☐ Surrendered      ☒ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☒ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt    ☒ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** Toyota Motor Credit | **Describe Leased Property:** Auto Lease | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☒ YES    ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:** Hyundai Motor Finance | **Describe Leased Property:** Auto Lease | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☒ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: December 20, 2014 _____    s/Jeffrey J. Huston _____
                                                              Signature of Debtor

                                                              _____
                                                              Signature of Joint Debtor

**Fill in this information to identify your case:**

Debtor 1    Jeffrey J. Huston

First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    Northern District of California

Case number
(If known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

- ☑ 1. There is no presumption of abuse.

- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

OFFICIAL FORM B 22A1

# Chapter 7 Statement of Your Current Monthly Income    12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |
| 5. **Net income from operating a business, profession, or farm** | | |

5. **Net income from operating a business, profession, or farm**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | | |
| Ordinary and necessary operating expenses | – $_____ | | |
| Net monthly income from a business, profession, or farm | $_____   Copy here➡ | $_____ | $_____ |

6. **Net income from rental and other real property**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | | |
| Ordinary and necessary operating expenses | – $_____ | | |
| Net monthly income from rental or other real property | $_____   Copy here➡ | $_____ | $_____ |

| | | |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $_____ | $_____ |

Case: 14-44951    Doc# 4    Filed: 12/20/14    Entered: 12/20/14 18:45:43    Page 48 of 52

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**

   Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:...........................↓

   $\quad$ For you .................................................... $ _____

   $\quad$ For your spouse ......................................... $ _____

$ _____   $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ _____   $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

   10a. _____

$ _____   $ _____

   10b. _____

$ _____   $ _____

   10c. Total amounts from separate pages, if any.

+ $ _____   + $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ **+** $ _____ **=** $ _____

Total current monthly income

---

**Part 2:**   **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

   12a. Copy your total current monthly income from line 11.................................................**Copy line 11 here➡** 12a.

$ _____

   Multiply by 12 (the number of months in a year).

**x  12**

   12b. The result is your annual income for this part of the form.     12b.

$ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

   Fill in the state in which you live.

[               ]

   Fill in the number of people in your household.

[               ]

   Fill in the median family income for your state and size of household. .......................................... 13.

$ _____

   To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

   14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

   14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A–2.

---

**Part 3:**   **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ s/ Jeffrey J. Huston _____     ✖ _____
Signature of Debtor 1                                     Signature of Debtor 2

Date  12/20/2014                                          Date _____
    MM / DD  / YYYY                                          MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

Debtor 1     Jeffrey J. Huston

           First Name                Middle Name            Last Name

Debtor 2

(Spouse, if filing)    First Name                Middle Name            Last Name

United States Bankruptcy Court for the:    Northern District of California

Case number

(If known)

☐ Check if this is an amended filing

---

OFFICIAL FORM B 22A1 SUPP

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| **Part 1:** | **Identify the Kind of Debts You Have** |
| --- | --- |

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ☑ No.  Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes. Go to Part 2.

| **Part 2:** | **Determine Whether Military Service Provisions Apply to You** |
| --- | --- |

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☐ No.  Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

        ☐ No. Go to line 3.

        ☐ Yes. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.  Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

        ☐ No. Complete Form 22A-1. Do not submit this supplement.

        ☐ Yes. Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty**.**

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

Case: 14-44951     Doc# 1   Filed: 12/20/14    Entered: 12/20/14 18:45:43     Page 50 of 52

# United States Bankruptcy Court

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

In re

    **Jeffrey J. Huston**              Case No. _____

**Debtor**                        Chapter **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **1,800.00**_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **1,800.00**_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**_____

2. The source of the compensation paid to me was:

   [X] Debtor           [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor           [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~ ----------------

e. [Other provisions as needed]

**Any representation of the debtor in other matters will be billed at $350 per hour.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Representation of the debtor in any contested matters.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

**December 20, 2014**

*Date*

**s/R K Bauer**

**R. Kenneth Bauer**
*Signature of Attorney*

**Law Offices of R. Kenneth Bauer**
*Name of law firm*