Sarah Lampi Little SBN 215635
2415 San Ramon Valley Blvd., Ste 4432
San Ramon, CA 94583
510-485-0740
Email: sarah@littletrustee.com

CHAPTER 7 TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

In re

JEFFREY J. HUSTON

_____ Debtor(s)/

CHAPTER 7

CASE NO. 14-44951 WJL

AMENDED APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY AUCTIONEERS

TO: THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY JUDGE

SARAH LAMPI LITTLE, the Chapter 7 Trustee, respectfully represents:

1. Applicant is the trustee in this bankruptcy case.
2. Among the property of the bankruptcy estate is a wine collection consisting of approximately 860 bottles of wine.
3. Applicant is in need of the services of West Auctions, Inc., P.O. Box 278, Woodland, CA 95776-0278, Telephone number (800) 490-9378 ("Auctioneers") to auction the estate's right, title and interest in the wine collection.
4. Applicant desires to employ Auctioneers to conduct the sale of the wine. Auctioneers will collect all state sales tax, prepare all sales tax reports, and make payment to the California State Board of Equalization. The auction will be widely advertised. Auctioneers will charge 15% commission, which will constitute compensation for conducting the auction and be deducted from the proceeds of sale. Additionally, the bankruptcy estate will reimburse

1

Auctioneers for its reasonable expenses for advertising and other expenses associated with conducting the auction, including but not limited to, moving the wine from the Debtor's residence, climate controlled storage and fees for a temporary liquor license, in a sum not to exceed $2,900.00.

5. Applicant believes that it is in the best interests of creditors and the estate to sell the wine at auction. Applicant also believes that the commission to Auctioneers is fair and the expenses are reasonable.

6. Applicant is informed and believes that Auctioneers are a disinterested person and do not hold or represent any interest adverse to the estate, and to the best of its knowledge, Auctioneers have no connections with the Debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any personal employed in the Office of the United States Trustee.

7. Auctioneers are bonded with the State of California and have conducted numerous auctions for bankruptcy trustees in the San Francisco Bay Area.

8. This Application is supported by the declaration of Dennis West.

WHEREFORE, Applicant prays for an order authorizing the employment of West Auctions, Inc. to act as auctioneer to auction the wine, and for such other relief as may be appropriate.

Dated: May 4, 2015         _/s/SARAH LITTLE_____
                           Sarah L. Little, Trustee